**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:  25-50579 MMP** |
| **Cristina Tovar** | § | |
| **Robert Tovar** | § | |
| | § | **Chapter 13** |
| | § | |
| | § | |
| | § | |
| **Debtors** | § | **Honorable Michael M. Parker** |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE OR A MOTION TO MODIFY PLAN IN RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E HOUSTON ROOM 597, SAN ANTONIO, TX. 78205. IF A TIMELY RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE IS FILED, A HEARING WILL BE HELD ON THIS MOTION AT COURTROOM #1, HIPOLITO F. GARCIA FEDERAL BUILDING AND UNITED STATES COURTHOUSE, 615  E. HOUSTON  STREET, SAN ANTONIO, TEXAS, ON JUNE 04, 2026 AT  9:30 A.M.**

**NOW COMES** Mary K. Viegelahn, Trustee, in the above captioned case, and files a Trustee's  Motion to Dismiss Chapter 13 Case; and states as follows:

The Debtors are in material default with respect to the terms of the Plan as confirmed by the Court . The Debtors have failed to make payments as required by the Plan. The Debtors are in arrears $3,945.33 through March 2026. The Debtors'  plan payment is $3,375.37 monthly.

The Debtors' Chapter 13 Plan no longer pays 100% to allowed claims pursuant to the Debtors' confirmed plan and within the term of the Plan due to the plan payment arrears .

The Trustee requests that in the event a hearing is held that the Court holds that any funds held by the Trustee at the time of dismissal shall not re-vest in the Debtors pursuant to 11  U.S.C. §349(b)(3), and that such funds be disbursed by the Trustee to creditors pursuant to the plan as confirmed or modified and pursuant to 11  U.S.C. §1326(a)(2).

Cause exists to dismiss this case.

**WHEREFORE,** the Trustee respectfully requests that this Court finds that cause exists pursuant to 11  U.S.C. §1307(c)(6), to dismiss this case, that cause exists pursuant to 11  U.S.C. §349(b)(3) to disburse any funds held by the Trustee to creditors pursuant to the Plan, and to discharge the Trustee from her trust and sureties in connection with this case, and for such other relief as this Court may deem proper .

Dated: 4/19/2026

*/S/  David W. Van Zyl*
**DAVID W. VAN ZYL  P39875 (MI)**
**STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE**
**dvanzyl@sach13.com**
**10500 Heritage Blvd, Ste. 201**
**San Antonio, TX  78216**
**(210) 824-1460  fax:(210) 824-1328**