**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:  25-50579 MMP** |
| **Cristina Tovar** | § | |
| **Robert Tovar** | § | **Chapter 13** |
| | § | |
| | § | |
| | § | |
| **Debtors** | § | **Honorable Michael M. Parker** |

## TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE OR A MOTION TO MODIFY PLAN IN RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E HOUSTON ROOM 597, SAN ANTONIO, TX. 78205. IF A TIMELY RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE IS FILED, A HEARING WILL BE HELD ON THIS MOTION AT COURTROOM #1, HIPOLITO F. GARCIA FEDERAL BUILDING AND UNITED STATES COURTHOUSE, 615  E. HOUSTON  STREET, SAN ANTONIO, TEXAS, ON JUNE 04, 2026 AT  9:30 A.M.**

**NOW COMES** Mary K. Viegelahn, Trustee, in the above captioned case, and files a Trustee's  Motion to Dismiss Chapter 13 Case; and states as follows:

The Debtors are in material default with respect to the terms of the Plan as confirmed by the Court . The Debtors have failed to make payments as required by the Plan. The Debtors are in arrears $3,945.33 through March 2026. The Debtors'  plan payment is $3,375.37 monthly.

The Debtors' Chapter 13 Plan no longer pays 100% to allowed claims pursuant to the Debtors' confirmed plan and within the term of the Plan due to the plan payment arrears .

The Trustee requests that in the event a hearing is held that the Court holds that any funds held by the Trustee at the time of dismissal shall not re-vest in the Debtors pursuant to 11  U.S.C. §349(b)(3), and that such funds be disbursed by the Trustee to creditors pursuant to the plan as confirmed or modified and pursuant to 11  U.S.C. §1326(a)(2).

Cause exists to dismiss this case .

**WHEREFORE,** the Trustee respectfully requests that this Court finds that cause exists pursuant to 11  U.S.C. §1307(c)(6), to dismiss this case, that cause exists pursuant to 11 U.S.C. §349(b)(3) to disburse any funds held by the Trustee to creditors pursuant to the Plan, and to discharge the Trustee from her trust and sureties in connection with this case, and for such other relief as this Court may deem proper .

Dated: 4/19/2026

/S/  David W. Van Zyl

**DAVID W. VAN ZYL  P39875 (MI)**
**STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE**
**dvanzyl@sach13.com**
**10500 Heritage Blvd, Ste. 201**
**San Antonio, TX  78216**
**(210) 824-1460  fax:(210) 824-1328**

United States Bankruptcy Court

Western District of Texas

In re:

Cristina Tovar

Robert Tovar

    Debtors

Case No. 25-50579-mmp

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0542-5      User: admin      Page 1 of 3

Date Rcvd: Apr 21, 2026      Form ID: pdfapac      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Cristina Tovar, Robert Tovar, 8512 Lamus Wheel, San Antonio, TX 78254-4916 |
| cr | + | Regional Management Corporation, Brady Law Firm, PLLC, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| 18883524 | + | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 18883529 | | CCMC - HOA Waterwheel, PO Box 93327, Las Vegas, NV 89193-3327 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 23:37:25 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Apr 21 2026 23:38:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Karalyssa Casillas, 112 E Pecan St #2200, San Antonio, TX 78205 |
| 18979006 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 23:37:53 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18942261 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 21 2026 23:37:37 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18883522 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2026 23:38:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 18883523 | + | Email/Text: bky@americanprofit.net | Apr 21 2026 23:39:00 | American Profit Recovery, Attn: Bankruptcy 34505 W 12 Mile Road #3, Farmington Hills, MI 48331-3258 |
| 18883525 | + | Email/Text: paymentprocessing@avanteusa.com | Apr 21 2026 23:38:00 | Avante USA Ltd., 3600 South Gessner Road, Ste 225 Suite 2, Houston, TX 77063-5357 |
| 18883527 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 21 2026 23:38:00 | CarMax Auto Finance, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 18966291 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Apr 21 2026 23:38:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 18883532 | | Email/Text: bankruptcy@credithuman.com | Apr 21 2026 23:38:00 | Credit Human FCU, Attn: Bankruptcy, PO Box 1356, San Antonio, TX 78295 |
| 18883526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2026 23:37:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18934963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2026 23:37:34 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0542-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: pdfapac | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 18883528 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2026 00:09:53 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 18883530 | ^ | MEBN | Apr 21 2026 23:35:56 | Ciment Law Firm, PLLC, 221 Bella Katy Drive, Katy, TX 77494-6821 |
| 18883531 | ^ | MEBN | Apr 21 2026 23:38:50 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 18933213 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 21 2026 23:38:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 18883533 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 21 2026 23:38:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave , Ste 3, Mount Laurel, NJ 08054-1210 |
| 18883534 | + | Email/Text: accountresearch@goodleap.com | Apr 21 2026 23:39:00 | Goodleap, Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 18887294 | | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Apr 21 2026 23:37:25 | U.S. Department of Housing and Urban Development, 307 W. 7th S t., Suite 1000, Fort Worth, TX 76102 |
| 18976698 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2026 23:39:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 18891504 | | Email/Text: sanantonio.bankruptcy@publicans.com | Apr 21 2026 23:38:00 | Bexar County, c/o Karalyssa Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18883535 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 21 2026 23:37:40 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 18923618 | | Email/Text: bnc-quantum@quantum3group.com | Apr 21 2026 23:39:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 18884722 | + | Email/Text: bankruptcy@regionalmanagement.com | Apr 21 2026 23:38:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 18883536 | + | Email/Text: bankruptcy@regionalmanagement.com | Apr 21 2026 23:38:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Greer, SC 29651-6819 |
| 18888014 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 21 2026 23:39:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18891464 | *P++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT SUITE 200, KENNESAW GA 30144-5938, address filed with court:, CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT STE 210, KENNESAW, GA 30144 |
| 18891505 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Karalyssa Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 21, 2026 | Form ID: pdfapac | Total Noticed: 30 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Debtor Cristina Tovar amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Amy Elizabeth Clark-Downing | on behalf of Debtor Robert Tovar amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Charles L. Kennon III | on behalf of Creditor Freedom Mortgage Corporation Charles.Kennon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Daniel J. Ciment | on behalf of Debtor Robert Tovar Daniel@cimentlawfirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Daniel J. Ciment | on behalf of Debtor Cristina Tovar Daniel@cimentlawfirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Karalyssa C Casillas | on behalf of Creditor Bexar County karalyssa.casillas@lgbs.com karalyssa.casillas@ecf.courtdrive.com |
| Mary K Viegelahn, Chapter 13 Trustee | documents@sach13.com |
| Patrick Michael Lynch | on behalf of Creditor Ally Bank plynch@qslwm.com pkarr@qslwm.com |
| Shawn K. Brady | on behalf of Creditor Regional Management Corporation sgodwin@brady-law-firm.com |
| Toni Townsend | on behalf of Creditor Freedom Mortgage Corporation toni.townsend@mccalla.com mccallaecf@ecf.courtdrive.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 11