**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| | § | |
| **Cristina Tovar & Robert Tovar** | § | **CASE NO. 25-50579MMOP** |
| | § | |
| **Debtor** | § | **CHAPTER 13** |

**DEBTOR'S RESPONSE TO THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Cristina Tovar & Robert Tovar Debtors in this Chapter 13 Bankruptcy, file this *Response to the Chapter 13 Trustee's Motion to Dismiss*, by and through her attorney of record, Daniel J. Ciment of the Ciment Law Firm, PLLC. Debtor respectfully shows the Court the following:

1.     On April 20, 2026, the Chapter 13 Trustee filed a Motion to Dismiss (Doc No. 51). The hearing on the Trustee's Motion to Dismiss is scheduled for June 4, 2026, at 9:30AM.

2.     According to the Trustee's Motion, the Debtors are in material default with respect to the terms of the Plan as confirmed by the Court as the Debtors have failed to make payments as required by the Plan. After a very large payment in April the Debtors are in only in arrears $1687.67 through April 2026, which represents half of a payment. The Debtors also intend to make another payment tomorrow May 14, 2026. Debtors would have made the payment sooner but their child was in an auto accident which totaled the vehicle and caused minor injuries to the child.

3.     Debtors request additional time to catch up fully. If they are not able to pay their arears in full the Debtors will file a modification to their plan.

4.     If the parties cannot reach an agreement on the issues noted in the Trustee's Motion to Dismiss and/or the Trustee does not withdraw the Motion, Debtors request a hearing on the Motion.

**WHEREFORE, PREMISES CONSIDERED**, Debtor requests that this Court conduct a hearing, allow Debtor to remain in the Chapter 13 case, and for such other and further relief to which Debtor may be justly entitled.

Dated: May 13, 2026                                  Respectfully submitted,

/s/ *Daniel J. Ciment*
Daniel J. Ciment
Texas Bar No. 24042581
Ciment Law Firm, PLLC
221 Bella Katy Dr.
Katy, Texas 77494
346-307-9343 Telephone
855-855-9830 Facsimile
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I served a true and correct copy of *Debtor's Response to the Trustee's Motion to Dismiss* as follows:

**(1)   Debtor (*via first class mail and/or email*)**

Cristina Tovar
Robert Tovar
8512 Lamus Wheel
San Antonio, TX 78254

**(2)   The United States Trustee (*via electronic delivery*)**

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205
(210) 472-4640
USTPRegion07.SN.ECF@usdoj.gov

**(3)   The Chapter 13 Trustee (*via electronic delivery*)**

DAVID W. VAN ZYL  P39875 (MI)
STAFF ATTORNEY FOR
MARY K VIEGELAHN,
dvanzyl@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-132

**(4)   Required Notice (*via electronic delivery*)**

Bexar County
Karalyssa C Casillas
LGBS LLP
112 E. Pecan Street, Suite 2200
SAN ANTONIO, TX 78205
Telephone:  (210) 225-6763
Facsimile:   (210) 225-6410

sanantonio.bankruptcy@lgbs.com

Patrick Michael Lynch
Attn:  Ally Bank Department
AIS Portfolio Services, LLC
Account:  XXXXXXXX2389
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Patrick Michael Lynch
QSLWM
2200 Ross Avenue
Ste 2400
Dallas, TX 75206
214-871-2100
plynch@qslwm.com

Karalyssa C Casillas
LGBS LLP
112 E. Pecan St.
Ste 2200
San Antonio, TX 78205
210-225-6763
karalyssa.casillas@lgbs.com

Charles L. Kennon III
McCalla Raymer Leibert Pierce
1635 Village Center Circle
Ste 130
Las Vegas, NV 89138
725-253-2312
Charles.Kennon@mccalla.com

Toni Townsend
McCalla Raymer Pierce, LLP
1544 Old Alabama Rd
Roswell, GA 30076
770-643-7200
toni.townsend@mccalla.com

Shawn K. Brady
Brady Law Firm, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-5891
469-287-5484
sgodwin@brady-law-firm.com

/s/ *Daniel J. Ciment*
Daniel J. Ciment