**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:  25-50579 MMP** |
| **Cristina Tovar** | § | **Chapter 13 Proceeding** |
| **Robert Tovar** | § | |
| **Debtors** | § | **Honorable Michael M. Parker** |

## NOTICE OF PLAN MODIFICATION

COMES NOW, Mary K. Viegelahn, the Standing Chapter 13 Trustee for the Western District of Texas - San Antonio Division, and files this Notice of Plan Modification in accordance with the Amended Standing Order for the Adoption of a District Form Chapter 13 Plan dated January 2, 2025.

Trustee submits the Debtors have turned over $1,494.00, presumably the balance of the tax refund for the tax year ending 2025.

The Debtors have not provided a copy of the 2025 tax return to verify the amount of the tax refund. The Trustee will modify further if additional monies are received.

The Debtors' base amount of the plan will not increase as this plan currently pays a dividend of 100% but may reduce the term of the confirmed plan.  Should the Plan be modified to pay in a dividend of less than 100%, then the base will be increased by the amount of this tax refund and the dividend may be increased accordingly.

Date: May 21, 2026

Respectfully submitted,

/S/ *Mary K. Viegelahn*
MARY K. VIEGELAHN  P42327 (MI)
CHAPTER 13 TRUSTEE
mviegelahn@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:                                                                      CHAPTER 13

**Cristina Tovar**
**Robert Tovar**

DEBTOR(S)                                                 CASE NO.:  25-50579 MMP

**CERTIFICATE OF SERVICE**
------------------------------------------

I hereby certify that a copy of the attached document was served on the parties listed below by U .S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on May 21 , 2026 **.**

    Debtor(s):

| | |
|---|---|
| Cristina Tovar | Ciment Law Firm, PLLC |
| Robert Tovar | 221 Bella Katy Drive |
| 8512 Lamus Wheel | Katy, TX  77494 |
| San Antonio, TX  78254 | |
| | |
| UNITED STATES TRUSTEE | UNITED STATES BANKRUPTCY COURT |
| 615 E HOUSTON STREET, STE 533 | 615 E. HOUSTON RM 597 |
| SAN ANTONIO, TX. 78295-1539 | SAN ANTONIO, TX. 78205 |

*/S/ Mary K. Viegelahn*
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE