**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **Cristina Tovar** | § | **CASE NO:  25-50579 MMP** |
| **Robert Tovar** | § | |
| | § | **Chapter 13** |
| | § | |
| **Debtors** | | **Honorable MICHAEL M. PARKER** |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S**
**MOTION TO DISMISS [DOCUMENT #55]**

**NOW COMES, MARY K. VIEGELAHN,** STANDING CHAPTER 13 TRUSTEE, FILES THIS HER NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS [DOCUMENT #55] AND STATES THAT HER MOTION TO DISMISS HAS BEEN RESOLVED AND IS THEREFORE, WITHDRAWN.

**Date: 05/27/2026**

*/s/ DAVID W. VAN ZYL*
—————————————————
**DAVID W. VAN ZYL   P39875 (MI)**
**STAFF ATTORNEY FOR THE CHAPTER 13**
**TRUSTEE**
**dvanzyl@sach13.com**
**10500 Heritage Blvd, Ste. 201**
**San Antonio, TX  78216**
**(210) 824-1460  fax:(210) 824-1328**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**IN RE:**                                                         **CHAPTER 13**
**Cristina Tovar**
**Robert Tovar**                                            **CASE NO.:   25-50579 MMP**


                    **Debtors**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on the parties listed below by U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on  **May 27, 2026.**


   Debtor(s):
Cristina Tovar
Robert Tovar
8512 Lamus Wheel
San Antonio, TX  78254

UNITED STATES TRUSTEE                           UNITED STATES BANKRUPTCY COURT
615 E HOUSTON STREET, STE 533               615 E. HOUSTON RM 597
SAN ANTONIO, TX. 78295-1539                    SAN ANTONIO, TX. 78205


AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

Attorney For Debtor(s)
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX  77494


*/s/  DAVID W. VAN ZYL*
_____
DAVID W. VAN ZYL