**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:  25-50579 MMP |
| Cristina Tovar | § | |
| Robert Tovar | § | Chapter 13 |
| | § | |
| Debtors | § | Honorable Michael M. Parker |

**TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**
**FOR FAILURE TO TURNOVER TAX RETURN AND/OR REFUND**
**WITH NOTICE AND OPPORTUNITY TO OBJECT**

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE OR A MOTION TO MODIFY PLAN IN RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, 615 E HOUSTON ROOM 597, SAN ANTONIO, TX. 78205. IF A TIMELY RESPONSE OR MOTION TO MODIFY PLAN IN RESPONSE IS FILED, A HEARING WILL BE HELD ON THIS MOTION AT COURTROOM #1, HIPOLITO F. GARCIA FEDERAL BUILDING AND UNITED STATES COURTHOUSE, 615 E. HOUSTON STREET, SAN ANTONIO, TEXAS, ON AUGUST 6, 2026 AT 2:00 P.M..

 **NOW COMES** Mary K. Viegelahn, Chapter 13 Trustee, in the above captioned case and files this Motion to Dismiss Chapter 13 Case for Failure to Turnover Tax Return and/or Refund With Notice and Opportunity to Object for the following reason:

Pursuant to Paragraph 4.2 of the confirmed Plan (for those plans confirmed pursuant to the District Plan adopted effective February 3, 2025), or those orders confirming plans entered prior to February 3, 2025 which incorporates tax return and refund language, the Debtor shall provide a copy of the annual post-petition income tax return to the trustee pursuant to Local Rule 1007-1(f). The Trustee requested a copy of the 2025 Federal Income Tax Return on January 08, 2026 and to date, the Return has not been provided.

Pursuant to Paragraph 4.1 of the confirmed Plan (for those plans confirmed pursuant to the District Plan adopted effective February 3, 2025), or those orders confirming plans entered prior to February 3, 2025 which incorporates tax return and refund language, all tax refunds received by the Debtors while the chapter 13 case is pending are presumed to be disposable income to be turned over by the Debtors upon receipt to the Trustee. To date, the Debtors have not turned over such refund to the Trustee.

By failing to turn over the income tax return and/or refund, the Debtors have materially defaulted with respect to the terms of the confirmed Plan and, furthermore, hindered the Trustee's ability to administer the bankruptcy estate and is considered unreasonable delay by the Debtors that is prejudicial to creditors. Such conduct clearly constitutes grounds for dismissing this case under 11 U.S.C. §1307(c)(1) and (c)(6).

The Trustee requests that in the event a hearing is held that the Court holds that any funds held by the Trustee at the time of dismissal shall not re-vest in the Debtors pursuant to 11 U.S.C. §349(b)(3), and that such funds be disbursed by the Trustee to creditors pursuant to the plan as confirmed or modified and pursuant to 11 U.S.C. §1326(a)(2).

**WHEREFORE, PREMISES CONSIDERED**, the Trustee requests that this Court dismiss this case in accordance with 11 U.S.C. §1307 (c)(1) and (c)(6), discharge the Trustee from her trust and sureties in connection with this case, and for such other relief as this Court may deem proper.

Dated:  May 26, 2026

 */S/  Mary K. Viegelahn*
_____

**MARY K. VIEGELAHN   P42327 (MI)**
**CHAPTER 13 TRUSTEE**
**mviegelahn@sach13.com**
**10500 Heritage Blvd, Ste. 201**
**San Antonio, TX.  78216**
**(210) 824-1460**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 25-50579-mmp |
| Cristina Tovar | Chapter 13 |
| Robert Tovar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: May 27, 2026 | Form ID: pdfapac | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Cristina Tovar, Robert Tovar, 8512 Lamus Wheel, San Antonio, TX 78254-4916 |
| cr | + | Regional Management Corporation, Brady Law Firm, PLLC, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| 18883524 | + | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 18883529 | | CCMC - HOA Waterwheel, PO Box 93327, Las Vegas, NV 89193-3327 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 23:18:35 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | May 27 2026 23:16:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Karalyssa Casillas, 112 E Pecan St #2200, San Antonio, TX 78205 |
| 18979006 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 23:18:27 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18942261 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 27 2026 23:18:43 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18883522 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2026 23:15:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 18883523 | + | Email/Text: bky@americanprofit.net | May 27 2026 23:17:00 | American Profit Recovery, Attn: Bankruptcy 34505 W 12 Mile Road #3, Farmington Hills, MI 48331-3258 |
| 18883525 | + | Email/Text: paymentprocessing@avanteusa.com | May 27 2026 23:15:00 | Avante USA Ltd., 3600 South Gessner Road, Ste 225 Suite 2, Houston, TX 77063-5357 |
| 18883527 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 27 2026 23:16:00 | CarMax Auto Finance, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 18966291 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | May 27 2026 23:16:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 18883532 | | Email/Text: bankruptcy@credithuman.com | May 27 2026 23:16:00 | Credit Human FCU, Attn: Bankruptcy, PO Box 1356, San Antonio, TX 78295 |
| 18883526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 23:18:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18934963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 23:18:33 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 2 of 3 |
| Date Rcvd: May 27, 2026 | Form ID: pdfapac | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 18883528 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2026 23:18:46 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 18883530 | ^ MEBN | May 27 2026 23:11:04 | Ciment Law Firm, PLLC, 221 Bella Katy Drive, Katy, TX 77494-6821 |
| 18883531 | ^ MEBN | May 27 2026 23:13:18 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 18933213 | + Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 23:16:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 18883533 | + Email/Text: Bankruptcy@Freedommortgage.com | May 27 2026 23:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave , Ste 3, Mount Laurel, NJ 08054-1210 |
| 18883534 | + Email/Text: accountresearch@goodleap.com | May 27 2026 23:16:00 | Goodleap, Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 18887294 | Email/PDF: OGCRegionVIBankruptcy@hud.gov | May 27 2026 23:18:43 | U.S. Department of Housing and Urban Development, 307 W. 7th S t., Suite 1000, Fort Worth, TX 76102 |
| 18976698 | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2026 23:17:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 18891504 | Email/Text: sanantonio.bankruptcy@publicans.com | May 27 2026 23:16:00 | Bexar County, c/o Karalyssa Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18883535 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 27 2026 23:18:28 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 18923618 | Email/Text: bnc-quantum@quantum3group.com | May 27 2026 23:17:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 18884722 | + Email/Text: bankruptcy@regionalmanagement.com | May 27 2026 23:16:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 18883536 | + Email/Text: bankruptcy@regionalmanagement.com | May 27 2026 23:16:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Greer, SC 29651-6819 |
| 18888014 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 27 2026 23:17:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18891464 | *P++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT SUITE 200, KENNESAW GA 30144-5938, address filed with court:, CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT STE 210, KENNESAW, GA 30144 |
| 18891505 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Karalyssa Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0542-5

User: admin

Page 3 of 3

Date Rcvd: May 27, 2026

Form ID: pdfapac

Total Noticed: 30

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026

Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**                                    **Email Address**

Amy Elizabeth Clark-Downing

on behalf of Debtor Cristina Tovar amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Amy Elizabeth Clark-Downing

on behalf of Debtor Robert Tovar amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Charles L. Kennon III

on behalf of Creditor Freedom Mortgage Corporation Charles.Kennon@mccalla.com  mccallaecf@ecf.courtdrive.com

Daniel J. Ciment

on behalf of Debtor Robert Tovar Daniel@cimentlawfirm.com  CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Daniel J. Ciment

on behalf of Debtor Cristina Tovar Daniel@cimentlawfirm.com  CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Karalyssa C Casillas

on behalf of Creditor Bexar County karalyssa.casillas@lgbs.com  karalyssa.casillas@ecf.courtdrive.com

Mary K Viegelahn, Chapter 13 Trustee

documents@sach13.com

Patrick Michael Lynch

on behalf of Creditor Ally Bank plynch@qslwm.com  pkarr@qslwm.com

Shawn K. Brady

on behalf of Creditor Regional Management Corporation sgodwin@brady-law-firm.com

Toni Townsend

on behalf of Creditor Freedom Mortgage Corporation toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com

United States Trustee - SA12

USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 11