**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 10, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Cristina Tovar & Robert Tovar | |
| Debtor(s) | Case No. 25-50579 MMP |

_____
### ORDER DISMISSING CHAPTER 13 CASE
_____

**ON THIS DAY CAME ON TO BE CONSIDERED** the Trustee's Motion to Dismiss, and it appearing to the Court that due notice has been given to the parties in interest; that the Debtor is in material default of the Plan; and that there has been no opposition to the dismissal of the Plan.

**IT IS THEREFORE ORDERED** that the above captioned case be and hereby is in all things DISMISSED; and

**IT IS FURTHER ORDERED** that Debtor's Counsel shall have 7 days from the entry of this Order to file an Application for Attorney Fees (which shall include an itemized statement) pursuant to 11 U.S.C. §330(a)(4)(B). Upon the entry of the order allowing attorney fees such fees are an administrative claim pursuant to 11 U.S.C. §503(b) and may be paid by the Trustee, to the extent funds are available. Further, the Court finds that the Trustee's services are not terminated upon dismissal and that the Court retains jurisdiction. Further, the Court finds that cause exists pursuant to 11 U.S.C. §349(b)(3) that the funds on hand shall vest with Debtor's Counsel not to exceed the amount of the attorney fees awarded .

**IT IS FURTHER ORDERED** that the Trustee be discharged and relieved of her trust and of her sureties after payment of any attorney fees awarded as set forth in the paragraph above. The remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this Order .

### ###

Prepared By:
DAVID W. VAN ZYL  P39875 (MI)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
dvanzyl@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216