# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.: 25–50579–mmp**

**Chapter No.:** 13

**Judge:** Michael M Parker

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Cristina Tovar | Robert Tovar |
| aka Christina G. Mata, aka Christina Gonzalez Mata Tovar | aka Robert A. Tovar, aka Robert Adrian Tovar |
| 8512 Lamus Wheel | 8512 Lamus Wheel |
| San Antonio, TX 78254 | San Antonio, TX 78254 |
| **SSN/TAX ID:** | **SSN/TAX ID:** |
| xxx–xx–4799 | xxx–xx–8202 |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **8/10/26**                    for Joint Debtor (if any) on **8/10/26**

Dated:  8/10/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 25-50579-mmp |
| Cristina Tovar | Chapter 13 |
| Robert Tovar | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 10, 2026 | Form ID: ntcdsm | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Cristina Tovar, Robert Tovar, 8512 Lamus Wheel, San Antonio, TX 78254-4916 |
| cr | + | Regional Management Corporation, Brady Law Firm, PLLC, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| 18883524 | + | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 18883529 | | CCMC - HOA Waterwheel, PO Box 93327, Las Vegas, NV 89193-3327 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 10 2026 23:25:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| cr | + | EDI: AISACG.COM | Aug 11 2026 03:24:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 10 2026 23:25:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Karalyssa Casillas, 112 E Pecan St #2200, San Antonio, TX 78205 |
| 18979006 | + | EDI: AISACG.COM | Aug 11 2026 03:24:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18942261 | + | EDI: AISACG.COM | Aug 11 2026 03:24:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18883522 | + | EDI: GMACFS.COM | Aug 11 2026 03:24:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 18883523 | + | Email/Text: bky@americanprofit.net | Aug 10 2026 23:26:00 | American Profit Recovery, Attn: Bankruptcy 34505 W 12 Mile Road #3, Farmington Hills, MI 48331-3258 |
| 18883525 | + | Email/Text: paymentprocessing@avanteusa.com | Aug 10 2026 23:25:00 | Avante USA Ltd., 3600 South Gessner Road, Ste 225 Suite 2, Houston, TX 77063-5357 |
| 18883527 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 10 2026 23:25:00 | CarMax Auto Finance, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 18966291 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 10 2026 23:25:00 | CarMax Auto Finance dba CarMax Business Srvcs, LLC, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144 |
| 18883532 | | Email/Text: bankruptcy@credithuman.com | Aug 10 2026 23:25:00 | Credit Human FCU, Attn: Bankruptcy, PO Box 1356, San Antonio, TX 78295 |
| 18883526 | + | EDI: CAPITALONE.COM | Aug 11 2026 03:24:00 | Capital One, Attn: Bankruptcy, PO Box 30285, |

| Recip ID | | Notice sent | Address / Time |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 18934963 | EDI: CAPITALONE.COM | Aug 11 2026 03:24:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18883528 | + EDI: CITICORP | Aug 11 2026 03:24:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 18883530 | ^ MEBN | Aug 10 2026 23:24:45 | Ciment Law Firm, PLLC, 221 Bella Katy Drive, Katy, TX 77494-6821 |
| 18883531 | ^ MEBN | Aug 10 2026 23:24:47 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 18933213 | + Email/Text: Bankruptcy@Freedommortgage.com | Aug 10 2026 23:25:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 18883533 | + Email/Text: Bankruptcy@Freedommortgage.com | Aug 10 2026 23:25:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave , Ste 3, Mount Laurel, NJ 08054-1210 |
| 18883534 | + Email/Text: accountresearch@goodleap.com | Aug 10 2026 23:25:00 | Goodleap, Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 18887294 | Email/PDF: OGCRegionVIBankruptcy@hud.gov | Aug 10 2026 23:29:34 | U.S. Department of Housing and Urban Development, 307 W. 7th S t., Suite 1000, Fort Worth, TX 76102 |
| 18976698 | EDI: JEFFERSONCAP.COM | Aug 11 2026 03:24:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 18891504 | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 10 2026 23:25:00 | Bexar County, c/o Karalyssa Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |
| 18883535 | + Email/PDF: Bankruptcy_Prod@mohela.com | Aug 10 2026 23:29:31 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 18923618 | EDI: Q3G.COM | Aug 11 2026 03:24:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 18884722 | + Email/Text: bankruptcy@regionalmanagement.com | Aug 10 2026 23:25:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 18883536 | + Email/Text: bankruptcy@regionalmanagement.com | Aug 10 2026 23:25:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Greer, SC 29651-6819 |
| 18888014 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 10 2026 23:26:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18891464 | *P++ | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT SUITE 200, KENNESAW GA 30144-5938, address filed with court:, CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS COURT STE 210, KENNESAW, GA 30144 |
| 18891505 | *P++ | LINEBARGER GOGGAN BLAIR & SAMPSON LLP, ATTN DON STECKER, 112 E PECAN, SUITE 2200, SAN ANTONIO TX 78205-1588, address filed with court:, Bexar County, c/o Karalyssa Casillas, 112 E. Pecan Street, Suite 2200, San Antonio, TX 78205 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 10, 2026 | Form ID: ntcdsm | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:

**Name**                          **Email Address**

Amy Elizabeth Clark-Downing
on behalf of Debtor Cristina Tovar amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Amy Elizabeth Clark-Downing
on behalf of Debtor Robert Tovar amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Charles L. Kennon III
on behalf of Creditor Freedom Mortgage Corporation Charles.Kennon@mccalla.com  mccallaecf@ecf.courtdrive.com

Daniel J. Ciment
on behalf of Debtor Robert Tovar Daniel@cimentlawfirm.com
CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Daniel J. Ciment
on behalf of Debtor Cristina Tovar Daniel@cimentlawfirm.com
CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Karalyssa C Casillas
on behalf of Creditor Bexar County karalyssa.casillas@lgbs.com  karalyssa.casillas@ecf.courtdrive.com

Mary K Viegelahn, Chapter 13 Trustee
documents@sach13.com

Patrick Michael Lynch
on behalf of Creditor Ally Bank plynch@qslwm.com  pkarr@qslwm.com

Shawn K. Brady
on behalf of Creditor Regional Management Corporation sgodwin@brady-law-firm.com

Toni Townsend
on behalf of Creditor Freedom Mortgage Corporation toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 11