

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 10, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Cristina Tovar & Robert Tovar | |
| | |
| Debtor(s) | Case No. 25-50579 MMP |

---

### ORDER DISMISSING CHAPTER 13 CASE

---

**ON THIS DAY CAME ON TO BE CONSIDERED** the Trustee's Motion to Dismiss, and it appearing to the Court that due notice has been given to the parties in interest; that the Debtor is in material default of the Plan; and that there has been no opposition to the dismissal of the Plan.

**IT IS THEREFORE ORDERED** that the above captioned case be and hereby is in all things DISMISSED; and

**IT IS FURTHER ORDERED** that Debtor's Counsel shall have 7 days from the entry of this Order to file an Application for Attorney Fees (which shall include an itemized statement) pursuant to 11 U.S.C. §330(a)(4)(B). Upon the entry of the order allowing attorney fees such fees are an administrative claim pursuant to 11 U.S.C. §503(b) and may be paid by the Trustee, to the extent funds are available. Further, the Court finds that the Trustee's services are not terminated upon dismissal and that the Court retains jurisdiction. Further, the Court finds that cause exists pursuant to 11 U.S.C. §349(b)(3) that the funds on hand shall vest with Debtor's Counsel not to exceed the amount of the attorney fees awarded.

**IT IS FURTHER ORDERED** that the Trustee be discharged and relieved of her trust and of her sureties after payment of any attorney fees awarded as set forth in the paragraph above. The remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this Order.

###

Prepared By:
DAVID W. VAN ZYL  P39875 (MI)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
dvanzyl@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216

United States Bankruptcy Court

Western District of Texas

In re:                                                                              Case No. 25-50579-mmp

Cristina Tovar                                                                      Chapter 13

Robert Tovar

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2026 | Form ID: pdfintp | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Cristina Tovar, Robert Tovar, 8512 Lamus Wheel, San Antonio, TX 78254-4916 |
| cr | + | Regional Management Corporation, Brady Law Firm, PLLC, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 10 2026 23:29:28 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 10 2026 23:25:00 | Bexar County, Linebarger Goggan Blair & Sampson, c/o Karalyssa Casillas, 112 E Pecan St #2200, San Antonio, TX 78205 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Debtor Cristina Tovar amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |

District/off: 0542-5                           User: admin                                    Page 2 of 2

Date Rcvd: Aug 10, 2026                      Form ID: pdfintp                        Total Noticed: 4

Amy Elizabeth Clark-Downing
on behalf of Debtor Robert Tovar amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Charles L. Kennon III
on behalf of Creditor Freedom Mortgage Corporation Charles.Kennon@mccalla.com  mccallaecf@ecf.courtdrive.com

Daniel J. Ciment
on behalf of Debtor Robert Tovar Daniel@cimentlawfirm.com
CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Daniel J. Ciment
on behalf of Debtor Cristina Tovar Daniel@cimentlawfirm.com
CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Karalyssa C Casillas
on behalf of Creditor Bexar County karalyssa.casillas@lgbs.com  karalyssa.casillas@ecf.courtdrive.com

Mary K Viegelahn, Chapter 13 Trustee
documents@sach13.com

Patrick Michael Lynch
on behalf of Creditor Ally Bank plynch@qslwm.com  pkarr@qslwm.com

Shawn K. Brady
on behalf of Creditor Regional Management Corporation sgodwin@brady-law-firm.com

Toni Townsend
on behalf of Creditor Freedom Mortgage Corporation toni.townsend@mccalla.com  mccallaecf@ecf.courtdrive.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov


TOTAL: 11